FILED

MAY 0 6 2008

US DISTRICT COURT
MARTINSBURG, WV 25401

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGNIA – MARTINSBURG DIVISION

CARLA COBLE, STEPHANIE LAING, JOSEPH NOLAN, ERIC WOOMER, POPPY CHRISMAN,

    Plaintiffs,

v.

RELIANT EQUITY INVESTORS, LLC, a foreign limited liability company, TANTUM, LLC, a foreign limited liability company, and the following as individuals: ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, KIMBERLY MYERS, ED COLEMAN, MICHAEL LUTZ, RICHARD HERBERT, and LARRY MUZZY,

    Defendants.

C.A. No.: 3:08CV80

The Honorable Bailey

Electronic Filing

## NOTICE OF REMOVAL

The defendants, Qian Elmore and Thomas Darden, Jr., by their attorneys Avrum Levicoff, Esquire and Levicoff, Silko & Deemer, give notice of the removal of the above captioned action from the Circuit Court of Berkeley County, West Virginia, at Civil Action No. 08-C-359, to the United States District Court for the Northern District of West Virginia, Martinsburg Division, pursuant to the provisions of 28 U.S.C. §1452. The grounds for removal are set forth hereinafter.

    1.    Plaintiffs allege to be former employees of AB&C Group, Inc., a corporation previously located and doing business in Berkeley County, West Virginia. A true and correct copy of the plaintiffs' Third Amended Complaint is attached hereto as Exhibit "A".

    2.    The defendants are former management and supervisory employees and/or officers and directors, or shareholders of AB&C Group, Inc., all of whom are alleged in the

Third Amended Complaint to be "statutory employers of the plaintiffs" within the meaning of the West Virginia Wage Payment and Collection Act, W.Va. Code 21-1-1 et seq.

3. The plaintiffs bring this action under the Wage Payment and Collection Act to recover wages, benefits and other remuneration of employment, that were allegedly due and payable on or about March 14, 2008, when, according to the Third Amended Complaint, AB&C Group, Inc. ceased operations.

4. On April 4, 2008 an involuntary petition was filed against AB&C Group, Inc. under the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of West Virginia at Case No. 3:08-bk-00482. The bankruptcy case against AB&C Group, Inc. remains pending.

5. On April 21, 2008 AB&C Group, Inc. filed a motion in the bankruptcy case for authorization of the Court to pay unpaid wages, and related payroll taxes, which in whole or in part involves the same wages, fringe benefit fund contributions, and related remuneration which forms the subject matter of the instant action.

6. This Court has jurisdiction of the above action pursuant to 28 U.S.C. §1334(b)(1) in that this case is "related to" a bankruptcy case, to-wit, the AB&C Group, Inc. bankruptcy presently pending in the United States Bankruptcy Court for the Northern District of West Virginia at Case No.: 3:08-bk-00482.

7. The above captioned action is removable, pursuant to 28 U.S.C. §1452, in that the Court has jurisdiction of the action as a related case under 28 U.S.C. §1334(b)(1).

For the reasons above stated, the defendants Qian Elmore and Thomas Darden, Jr., give notice of the removal of this action from the Circuit Court of Berkeley County, West Virginia at

Civil Action No. 08-C-359 to the United States District Court for the Northern District of West Virginia, Martinsburg Division.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA  15222-3911
412-434-5200

*Counsel for the Defendants,*
*Qian Elmore and*
*Thomas Darden, Jr.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGNIA – MARTINSBURG DIVISION

| | |
|---|---|
| CARLA COBLE, STEPHANIE LAING, JOSEPH NOLAN, ERIC WOOMER, POPPY CHRISMAN, | C.A. No.: 3:08CV80 |
| Plaintiffs, | The Honorable Bailey |
| v. | Electronic Filing |
| RELIANT EQUITY INVESTORS, LLC, a foreign limited liability company, TANTUM, LLC, a foreign limited liability company, and the following as individuals: ROBERT PULCIANI, PHILIP WAX, CHRISTOPHER STEVENS, CARR PRESTON, QIAN ELMORE, THOMAS DARDEN, JR., LARRY MORGAN, CATHY JO VAN PELT, KIMBERLY MYERS, ED COLEMAN, MICHAEL LUTZ, RICHARD HERBERT, and LARRY MUZZY, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF REMOVAL upon the following counsel via the CM/ECF system on May 5, 2008:

David Hammer, Esquire
Robert Schiavoni, Esquire
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401s

Garry Geffert, Esquire
P.O. Box 2281
Martinsburg, WV 25402

By: _____
Ayrum Levicoff, Esquire
W.Va. I.D. #: 4549
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222-3911
412-434-5200

*Counsel for the Defendants,*
*Qian Elmore and Thomas Darden, Jr.*

{L0053105.1}